# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 1:16CR277 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE DAN A. POLSTER |
| -vs- | : | |
| | : | **DEFENDANT'S UNOPPOSED** |
| OLIVER DRAGIC, | : | **MOTION TO RESCHEDULE** |
| | : | **SENTENCING** |
| Defendant. | : | |

Defendant, through counsel, respectfully moves this Court to reschdule the sentencing hearing presently scheduled for May 31, 2018, at 9:30 a.m.  Mr. Dragic has received his travel documents from the Bosnia Consulate.  These documents are valid until June 17, 2018.  He has his airplane ticket to depart on June 12, 2018.  Defense counsel has a pretrial hearing scheduled before Judge Adams on May 31, 2018, at 10:00 a.m. in a multi-defendant case. (*United States v. Brian Peacock, et al.*)  Defense counsel requests that Mr. Dragic be rescheduled, if the Court is available, for either May 29, 2018, or the afternoon of May 30, or 31st, or June 1st.

Defense counsel has discussed this matter with Assistant U.S. Attorney Om Kakani.  He advised that the government has no objection to this request and that the above-referenced dates and times are acceptable.

1

For these reasons, Mr. Dragic requests that the Court grant this motion.

                                               Respectfully submitted,

                                               STEPHEN C. NEWMAN
                                               Federal Public Defender
                                               Ohio Bar: 0051928

                                               */s/ Darin Thompson*
                                               DARIN THOMPSON
                                               Assistant Federal Public Defender
                                               Ohio Bar: 0067093
                                               1660 West Second Street, Suite 750
                                               Cleveland, Ohio 44113
                                               (216) 522-4856; Fax: (216) 522-4321
                                               Email: darin_thompson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2018, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. All other parties will be served by regular U.S. mail.

            */s/ Darin Thompson*
            DARIN THOMPSON
            Assistant Federal Public Defender